IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:23-CR-00071 (WLS-TQL-1) |
| | : |
| DANIEL HENRY MARTINEZ, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

Presently before the Court is Defendant's Motion to Continue in the Interest of Justice (Doc. 23). Therein, Defendant requests that the Court continue both the pretrial conference that is currently scheduled for December 12, 2023, and the specially set January 2, 2024, trial in this case to the next Valdosta trial term. (*Id.*) Defense Counsel explains that he needs additional time to review the discovery with Defendant Martinez to prepare a defense, investigate, research and discuss the Government's case in chief with Defendant Martinez. (*Id.*) Defense Counsel also notes there will be no prejudice to the Government if the Court grants Defendant's Motion. (*Id.*)

Based on the Defendant's stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, for good cause shown, Defendant's Motion to Continue Trial and the Pretrial Conference this matter is **GRANTED**. (Doc. 23).

Accordingly, it is **ORDERED** that the December 12, 2023, pretrial conference for this case is **CANCELED**, and the case is **CONTINUED** through the **February 2024 Valdosta Division trial term** and its conclusion, or as may otherwise be ordered by the Court. It is also

1

**ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

    **SO ORDERED**, this 30th day of November 2023.

                                              /s/ W. Louis Sands
                                              **W. LOUIS SANDS, SR. JUDGE**
                                              **UNITED STATES DISTRICT COURT**